1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BONNIE ARMSTRONG** <br> **xxx-xx-3909** <br><br>       **Plaintiff,** <br><br> v. <br><br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br><br>       **Defendant.** | **CASE NO.  CIV-07-2486 KJM** <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 7, 2008 to September 29, 2008.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through August 2008.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: July 1, 2008 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |
| | |
| | |
| Dated: July 1, 2008 | McGregor W. Scott |
| | United States Attorney |
| | |
| | /s/ *Armand Roth* |
| | ARMAND ROTH |
| | Special Assistant U.S. Attorney |
| | Social Security Administration |
| | |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 3, 2008.

_____
U.S. MAGISTRATE JUDGE

2